The People of the State of New York, Respondent, v. Catherine Brenzel, Appellant.— Judgment of conviction of the County Court of Kings county

App. Div.]  Second Department, October, 1914.

affirmed by default. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.